UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDERY HERRERA, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiffs,

-against-

BOBBY BUKA M.D. PROFESSIONAL
CORPORATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/1/2025_____

25 Civ. 2465 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated May 27, 2025, the Court extended the deadline for the parties to file their joint letter and proposed case management plan to June 27, 2025. ECF No. 10. Those submissions are now overdue. Accordingly, by **August 1, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: July 1, 2025
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge